UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| L S PROP 1, LLC | * | C.A. No. 2:22-cv-824-JDC-KK |
| | * | |
| VERSUS | * | Judge James D. Cain, Jr. |
| | * | |
| SCOTTSDALE INSURANCE COMPANY | * | Magistrate Judge Kathleen Kay |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, L S PROP 1, LLC, and Defendant, Scottsdale Insurance Company, and respectfully requests all claims in this case be dismissed in their entirety, with prejudice, with each party to bear its own costs.

1.

The parties have resolved all claims between them, leaving no further claims in this matter.

2.

Plaintiff and Defendant desire that the claims in this lawsuit be dismissed in their entirety, with prejudice, with each party to bear its own costs.

WHEREFORE, Plaintiff, L S PROP 1, LLC, and Defendant, Scottsdale Insurance Company, pray that all claims in this case be dismissed in their entirety, with prejudice, with each party to bear its own costs.

RESPECTFULLY SUBMITTED,

BY:        */s/* Kilburn S. Landry
       Kilburn S. Landry (#33230)
       **The Johnson Firm**
       1400 Ryan Street (70601)
       P. O. Box 849
       Lake Charles, LA 70602
       Telephone: (337) 433-1414
       Facsimile: (337) 433-3234
       Email: kilburn@johnsonfirmla.com
       *Counsel for L A Prop 1, LLC*

BY:        */s/* John P. Wolff, III
       JOHN P. WOLFF, III (#14504)
       JENNIFER R. DIETZ (#33804)
       SYDNEE D. MENOU (#35913)
       COLE D. FRAZIER (#38743)
       **KEOGH, COX & WILSON, LTD.**
       P. O. Box 1151
       Baton Rouge, LA 70821
       Telephone: (225) 383-3796
       Facsimile: (225) 343-9612
       Email: jwolff@keoghcox.com
              jdietz@keoghcox.com
              smenou@keoghcox.com
              cfrazier@keoghcox.com
       *Counsel for Scottsdale Insurance Company*