UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| L S PROP 1, LLC | * | C.A. No. 2:22-cv-824-JDC-KK |
| | * | |
| VERSUS | * | Judge James D. Cain, Jr. |
| | * | |
| SCOTTSDALE INSURANCE COMPANY | * | Magistrate Judge Kathleen Kay |

******************************************************************

**ORDER**

The foregoing Joint Motion to Dismiss with Prejudice having been considered:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion be GRANTED and that this lawsuit be DISMISSED in its entirety, with prejudice, with each party to bear its own costs.

THUS DONE AND SIGNED in Chambers this 30th day of November, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE

1